# EXHIBIT 3

Case 1:05-cv-01741-ESH    Document 1-4    Filed 08/31/2005    Page 1 of 4

**Sachs Electric**

*employee owned*

REPLY TO:
POST OFFICE BOX 96
ST. LOUIS, MO 63166-0096
636-532-2000
www.sachsco.com

## CERTIFIED MAIL – RETURN REQUESTED

August 2, 2005

National Union Fire Insurance Company of
   Pittsburgh, PA
70 Pine Street
New York, NY  10270

Dear Sir:                         Re:   Our File No. 300010
                                        ATP Track Circuit Replacement
                                        Contract No. FM8204
                                        Purchase Order No. T03H01J2
                                        Bond No. 285591

### NOTICE FOR ENFORCEMENT OF PAYMENT BOND
### PAYMENT BOND NO. 285591

You are hereby notified that the undersigned claimant, Sachs Electric Company, a corporation, furnished electrical labor and materials, to be used and actually used in that certain work consisting of the construction of ATP Track Circuit Replacement for Washington Area Metropolitan Authority.

Claimant furnished the materials at the request of or under contract with Union Switch & Signal, Inc., a Corporation, 1000 Technology Drive, Pittsburgh, PA 15219, and such materials were used in the construction of the work of improvement.

The owner or reputed owner of the improvement and property is Washington Area Metropolitan Authority.

The unpaid contract price of the labor, services, equipment and/or materials, after deducting all just offsets was and is the sum of FIVE HUNDRED FIFTY-FOUR THOUSAND TWO HUNDRED TWENTY-SIX DOLLARS ($554,226.00), and this sum was and is the reasonable value thereof; and this sum is now due and owing claimant, for and on account thereof, plus interest at the legal rate, and the same has not been paid.

National Union Fire Insurance Company of
Pittsburgh, PA
Page Two

August 2nd, 2005

Wherefore, the undersigned makes demand on the payment bond issued by National Union Fire Insurance Company of Pittsburgh, PA, 70 Pine Street, New York, NY 10270 for the above project.

If further information is required concerning the above please feel free to contact the undersigned at (636)532-2000.

                                        Sincerely,

                                        SACHS ELECTRIC COMPANY

                                        Edward J. Thiemann
                                        Corporate Credit/Collection Manager

EJT/krs

cc:    Tom Mayo – Sachs Electric
        Patrick Kriegshauser – Sachs Electric
        Ms. Paula Pawlak – Union Switch & Signal, Inc.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.42 |

Postmark Here — AUG 3 2005

Sent To: NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA
Street, Apt. No.; or PO Box No.: 70 PINE STREET
City, State, ZIP+4: NEW YORK, NY 10270

PS Form 3800, January 2001        See Reverse for Instructions

7001 0360 0001 6299 0690