IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SACHS ELECTRIC, INC.,<br>1572 Larkin Williams Road<br>Fenton, MO 63026<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA,<br>70 Pine Street<br>New York, NY 10270<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 05-CV01741<br><br>Judge Huvelle |

## PRAECIPE FOR APPEARANCE

    Kindly enter the appearance of Robert K. Cox on behalf of Defendant, National Union Fire Insurance Company of Pittsburgh, PA, in regard to the above-captioned matter.

Date: October 3, 2005

Respectfully submitted,

/s/ Robert K. Cox, Esquire
Robert K. Cox, Esquire
D.C. I.D. No. 924258
rcox@wthf.com

Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Phone: 703-749-1000
Fax: 703-893-8029

*Attorney for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon counsel of record this 3rd day of October 2005, by U.S. Mail, first class, postage prepaid, as follows

Seth A. Robbins, Esq.
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
*Counsel for Plaintiff, Sachs Electric, Inc*

                */s/ Robert K. Cox*
                Robert K. Cox, Esq.