**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SACHS ELECTRIC, INC.,

Plaintiff                                              Case No. 05-CV-01741

     v.                                                Judge Huvelle

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

Defendant.

## CONSENT MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COMES NOW Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("Defendant"), by its counsel, and submits its Consent Motion and Memorandum of Points and Authorities for an Extension of Time to File Responsive Pleading (the "Motion"). As the basis for the Motion, Defendant states as follows:

1.  The time to file Defendant's responsive pleading has not expired as of the date of the Motion.

2.  Defendant requests up to and including October 21, 2005 to file its responsive pleading in this matter.

3.  Defendant does not submit the Motion for purposes of delay.

4.  As evidenced by the signature below, Counsel for the Plaintiff, Sachs Electric, Inc., has agreed to Defendant's Motion.

Dated: October 3, 2005

| | |
|---|---|
| */s/ Seth A. Robbins* | */s/ Robert K. Cox* |
| Seth A. Robbins, Esq. | Robert K. Cox, Esq. |
| D.C. I.D. No. 471812 | D.C. I.D. No. 924258 |
| Quagliano & Seeger, P.C. | Watt, Tieder, Hoffar & Fitzgerald, LLP |
| 2620 P Street, NW | 8405 Greensboro Drive, Suite 100 |
| Washington, D.C. 20007 | McLean, VA 22102 |
| Tel. (202) 822-8838 | Tel. (703) 749-1000 |
| Fax. (202) 822-6982 | Fax. (703) 893-8029 |
| Email: srobbins@quagseeg.com | Email: rcox@wthf.com |
| *Counsel for Plaintiff, Sachs Electric, Inc.* | *Counsel for Defendant, National Union Insurance Company of Pittsburgh, PA* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon counsel of record this 3rd day of October 2005, by U.S. Mail, first class, postage prepaid, as follows

Seth A. Robbins, Esq.
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
*Counsel for Plaintiff, Sachs Electric, Inc*

/s/ Robert K. Cox
Robert K. Cox, Esq.