IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SACHS ELECTRIC, INC.,

Plaintiff                                    Case No. 05-CV-01741

v.                                           Judge Huvelle

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

Defendant.

## ORDER

This _____ day of October, 2005, upon consideration of the Defendant's Consent Motion and Memorandum of Points and Authorities for an Extension of Time to File a Responsive Pleading, it is hereby ORDERED that said Motion be and hereby is GRANTED and that the time for the Defendant, National Union Fire Insurance Company of Pittsburgh, PA, to file a responsive pleading is hereby extended to and including October 21, 2005.

BY THE COURT:

_____
Ellen Segal Huvelle, J.

Order of Court (National Union) (00654517).DOC