# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SACHS ELECTRIC, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | Case No. 05-CV01741 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | Judge Huvelle |
| Defendant. | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned counsel of record for National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of National Union, which have any outstanding securities in the hands of the public.

American International Group ("AIG") (National Union is a wholly-owned subsidiary of AIG)

Date: October 3, 2005

Respectfully submitted,

/s/ Robert K. Cox, Esquire

Robert K. Cox, Esquire
D.C. I.D. No. 924258
rcox@wthf.com

Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Phone: 703-749-1000
Fax: 703-893-8029

*Attorney for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon counsel of record this 3rd day of October 2005, by U.S. Mail, first class, postage prepaid, as follows

Seth A. Robbins, Esq.
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
*Counsel for Plaintiff, Sachs Electric, Inc*

*/s/ Robert K. Cox*
Robert K. Cox, Esq.

-2-