# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SACHS ELECTRIC, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. <u>05-CV01741</u> - ESH |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Robert K. Cox, an attorney of record for Defendant, National Union Fire Insurance Company of Pittsburgh, PA, in the above captioned matter, and pursuant to Local Rule 83.2(d) respectfully moves this Court to admit Mark F. Nowak, *pro hac vice* for the limited purpose of appearing and participating in open court in the trial of this case and any pre-trial or post-trial hearings or conferences before this Court, as co-counsel with the movant. A Statement of Points and Authorities in Support of this Motion and the Declaration of Mark F. Nowak, is attached hereto.

Dated: October 13, 2005.

Respectfully submitted,

   */s/ Robert K. Cox*
Robert K. Cox, Esq. (D.C. Bar No. 924258)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia  22102
(703) 749-1000
*Counsel for Defendant, National Union Fire*
*Insurance Company of Pittsburgh, PA*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
SACHS ELECTRIC, INC.,                  )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )   Case No.  05-CV01741 - ESH
                                       )
NATIONAL UNION FIRE INSURANCE          )
COMPANY OF PITTSBURGH, PA,             )
                                       )
            Defendant.                 )
_____ )

**STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW, Robert K. Cox, pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, and moves this Court to admit Mark F. Nowak ("Applicant"), *pro hac vice* for the limited purpose of appearing and participating in open court in the trial of this case, and in any pre-trial or post-trial hearings or conferences before this Court. In support of this Motion, Robert K. Cox submits the following information:

1. The Applicant is in good standing and a licensed member of the Pennsylvania bar seeking admission only for the limited purpose of appearing and participating in the above-captioned matter.

2. The Applicant has never been suspended, disbarred or otherwise disciplined by any bar.

3. The Applicant has never been admitted to the bar of this Honorable Court before.

4.    In appearing and participating in the above-captioned matter, the Applicant will conduct himself in accordance with the proper decorum and ethical standards to which this Honorable Court is accustomed.

5.    I am an attorney of record in the above-captioned pending litigation.

WHEREFORE, Robert K. Cox respectfully requests that Mark F. Nowak be permitted to appear and participate on behalf of Defendant, National Union Fire Insurance Company of Pittsburgh, PA, in open court in the trial of this action, and in any pre-trial or post-trial hearings or conferences before this Court, and that the attached Order be issued to that effect.

Dated this 13th day of October 2005.

                                      Respectfully submitted,

                                      __/s/ Robert K. Cox_____
                                      Robert K. Cox, Esq. (D.C. Bar No. 924258)
                                      Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                      8405 Greensboro Drive, Suite 100
                                      McLean, Virginia  22102
                                      (703) 749-1000

                                      *Counsel for Defendant, National Union Fire*
                                      *Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

A copy of foregoing Motion for Admission *pro hac vice,* Declaration of Mark F. Nowak, and Order were sent, via first-class mail, this 13th day of October 2005 to:

Seth A. Robbins, Esq.<br>
Quagliano & Seeger, P.C.<br>
2620 P Street, NW<br>
Washington, D.C. 20007

                                              */s/ Robert K. Cox*
                                              Robert K. Cox