# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **SACHS ELECTRIC, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  05-CV01741-ESH** |
| | ) | |
| **NATIONAL UNION FIRE INSURANCE** | ) | |
| **COMPANY OF PITTSBURGH, PA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____ )

## ORDER

Pursuant to Rule 83.2(d) of the Rules of the United States District Court for the

District of Columbia, it is hereby

ORDERED, that Mark F. Nowak is admitted *pro hac vice* in this Court for the

limited purpose of appearing and participating in open court in the trial of this case, and

in any pre-trial or post-trial hearings or conferences before this Court.

SO ORDERED.

_____
Huvelle, J.

**Copies to:**
Seth A. Robbins, Esq.
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
*Counsel for Plaintiff, Sachs Electric, Inc.*