IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SACHS ELECTRIC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA, )<br>)<br>Defendant. )<br>) | Case No. <u>05-CV01741</u> - ESH |

DECLARATION OF MARK F. NOWAK
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I, Mark F. Nowak, declare as follows:

1. My full name is Mark Francis Nowak.

2. I am a partner at Thorp, Reed & Armstrong, 301 Grant Street, One Oxford Centre, 14th Floor, Pittsburgh, PA 15219, (412) 394-2428.

3. I am admitted to the Bar of Pennsylvania, Bar No. 37474.

4. I am not currently, nor have I ever been, suspended, disbarred or otherwise disciplined by any bar.

5. I have not been admitted to the U.S. District Court for the District of Columbia *pro hac vice*.

6.     I declare under penalty of perjury that the foregoing is true and accurate.

Executed: October 5, 2005

>  *Mark F. Nowak /s/*
>  Mark F. Nowak, Esq.