IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SACHS ELECTRIC, INC., ) <br> ) <br>           Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA, ) <br> ) <br>           Defendant. ) <br> ) | Case No. <u>05-CV01741</u> - ESH |

### DECLARATION OF THOMAS E. WEIERS, JR.
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I, Mark F. Nowak, declare as follows:

1. My full name is Thomas Edward Weiers, Jr.

2. I am a partner at Thorp, Reed & Armstrong, 301 Grant Street, One Oxford Centre, 14th Floor, Pittsburgh, PA 15219, (412) 394-7750.

3. I am admitted to the Bar of Pennsylvania, Pennsylvania I.D. No. 43715, The United States District Court for the Western District of Pennsylvania, The Third and Sixth Circuit Courts of Appeal.

4. I am not currently, nor have I ever been, suspended, disbarred or otherwise disciplined by any bar.

5. I have never been admitted to the U.S. District Court for the District of Columbia *pro hac vice*.

6.    I declare under penalty of perjury that the foregoing is true and accurate.

Executed: October 5, 2005

*Thomas E. Weiers, Jr. /s/*
Thomas E. Weiers, Jr., Esq.