# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SACHS ELECTRIC, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. **05-CV01741-ESH** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) |
| Defendant. | ) |

### ORDER

Pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, it is hereby

ORDERED, that Richard W. Saxe, Jr. is admitted *pro hac vice* in this Court for the limited purpose of appearing and participating in open court in the trial of this case, and in any pre-trial or post-trial hearings or conferences before this Court.

SO ORDERED.

_____
Huvelle, J.

**Copies to:**
Seth A. Robbins, Esq.
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
*Counsel for Plaintiff, Sachs Electric, Inc.*