IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SACHS ELECTRIC, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA, )<br>)<br>Defendant. )<br>) | Case No. <u>05-CV01741</u> - ESH |

### DECLARATION OF RICHARD W. SAXE, JR.
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), I, Richard W. Saxe, Jr., declare as follows:

1. My full name is Richard William Saxe, Jr.

2. I am an associate at Thorp Reed & Armstrong, LLP, One Oxford Centre, 301 Grant Street, 14th Floor, Pittsburgh, PA 15219, 412-394-7753.

3. I am admitted to the Bar of Pennsylvania, PA I.D. #87311, the United States District Court for the Western District of Pennsylvania, and the Third Circuit Court of Appeals.

4. I am not currently, nor have I ever been, suspended, disbarred or otherwise disciplined by any bar.

5. I have never been admitted to the U.S. District Court for the District of Columbia *pro hac vice*.

2

6. I declare under penalty of perjury that the foregoing is true and accurate.

Executed: October 5, 2005

*Richard W. Saxe, Jr. /s/*<br>Richard W. Saxe, Jr., Esq.