UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SACHS ELECTRIC COMPANY** *

     **Plaintiff,** *     Case No.: 1:05CV01741

v. *

        Judge: Ellen Segal Huvelle

**NATIONAL UNION FIRE INSURANCE** *
   **COMPANY OF PITTSBURGH, PA.**
                                                                    *

     **Defendant.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO EXTEND DISCOVERY AND STATUS CONFERENCE DATES

AND NOW COME the parties, Plaintiff, Sachs Electric Company ("Sachs") and Defendant, National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National"), by and through their counsel, and requests that this Court extend the discovery cutoff and status conference dates for the reasons set forth below:

    1.    Discovery is scheduled to close March 3, 2006 and a status conference is scheduled March 3, 2006 at 9:30 a.m.

    2.    After some limited discovery by the parties and prior to the taking of depositions, the parties are currently endeavoring to settle the claims and disputes between them.

    3.    Because of involvement by the Washington Metro Area Transit Authority ("WMATA"), a final determination as to whether the matter may settle may not occur until after the discovery deadline and date set for the status conference.

    4.    The parties desire to conserve their resources by not engaging in potentially unnecessary discovery or costs to attend the status conference if there is a reasonable likelihood of settlement.

    5.    Neither party will be prejudiced by a short extension of the discovery deadline and date for the status conference.

    6.    No other extensions have been sought or granted in this matter.

7. The parties request that discovery end April 28, 2006 and that a status conference be scheduled thereafter at the convenience of the Court.

WHEREFORE, Sachs Electric, Inc. and National Union Fire Insurance Company of Pittsburgh, Pennsylvania respectfully requests that the discovery deadline be continued until April 28, 2006 and that a status conference be scheduled as soon thereafter as is convenient for the Court.

| | |
|---|---|
| **Dated: February 21, 2006** | Respectfully submitted, |
| **QUAGLIANO & SEEGER, P.C.** | **WATT, TIEDER, HOFFAR & FITZGERALD, LLP** |
| */s/ Seth A. Robbins* | */s/ Robert K. Cox*_____ |
| _____ | |
| Seth A. Robbins, Bar No.: 471812 | Robert K. Cox, Bar No.: 924258 |
| 2620 P Street, NW | 8405 Greensboro Drive |
| Washington, DC 20007 | Suite 100 |
| | McLean, Virginia 22102 |
| Tel: (202) 822-8838 | Tel: (703) 749-1000 |
| Fax: (202) 822-6982 | Fax: (703) 893-9029 |
| e-mail: Robbins@quagseeg.com | e-mail: rcox@wthf.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |
| **Sachs Electric Company** | **National Union Fire Insurance Company of Pittsburgh, PA.** |

Mark F. Nowak, Pa. Bar No. 37474
Thomas E. Weiers, Jr., Pa. Bar No. 43715
Richard W. Saxe, Jr., Pa. Bar No. 87311
**THORP REED & ARMSTRONG, LLP**
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA 15219-1425
**Counsel for Defendant**
**National Union Fire Insurance Company of Pittsburgh, PA.**