# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SACHS ELECTRIC COMPANY** * | |
| Plaintiff, * | Case No.: 1:05CV01741 |
| v. * | |
|   | Judge: Ellen Segal Huvelle |
| **NATIONAL UNION FIRE INSURANCE** * | |
| **COMPANY OF PITTSBURGH, PA.** | |
|  * | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Sachs Electric Company and National Union Fire Insurance Company of Pittsburgh, PA, by and through their attorneys and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismiss the above-captioned action with prejudice, each party to bear their own costs and attorneys' fees.

**DATED: March 14, 2006**                    Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

*/s/ Seth A. Robbins*
_____
Seth A. Robbins, Bar No.: 471812
2620 P Street, NW
Washington, DC 20007
Tel: (202) 822-8838
Fax: (202) 822-6982
e-mail: Robbins@quagseeg.com
**Counsel for Plaintiff**
**Sachs Electric Company**

**WATT, TIEDER, HOFFAR &**
**    FITZGERALD, LLP**

*/s/ Robert K. Cox*
_____
Robert K. Cox, Bar No.: 924258

8405 Greensboro Drive
Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-9029
e-mail: rcox@wthf.com
**Counsel for Defendant**
**National Union Fire Insurance Company**
    **of Pittsburgh, PA.**


**THORP REED & ARMSTRONG, LLP**

*/s/ Thomas E. Weiers*

---

Thomas E. Weiers, Jr., Pa. Bar No. 43715
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA  15219-1425
**Counsel for Defendant**
**National Union Fire Insurance Company**
    **of Pittsburgh, PA.**